UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:19-cv-02737-JAR-ADM |
| NEIMAN PLAZA. LLC, a Kansas limited liability company; | : |
| and | : |
| FAMILY DOLLAR, INC., a North Carolina corporation; | : |
| Defendants. | : |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

DATE: March 19, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (KS #14101)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

1

s/Joseph E. Bant
Scott A. Wissel (KS #18589)
Joseph E. Bant (KS #23982)
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Phone: 816-421-2500
Fax: 816-472-2500
Email: sawissel@lewisricekc.com
jebant@lewisricekc.com

*Attorneys for Defendant Nieman Plaza. LLC*

s/Daniel B. Boatright
Daniel B. Boatright (KS #15298)
Littler Mendelson, P.C.
1201 Walnut Street, Suite 1450
Kansas City, Missouri 64106
Telephone: 816-627-4400
Fax: 816-627-4444
Email: DBoatright@littler.com

*Attorney for Defendant Family Dollar, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on March 19, 2020, I electronically filed the foregoing Joint Stipulation with the Clerk of the Court using the CM/ECF system.

                                      s/Robert J. Vincze
                                      Robert J. Vincze (CO #28399)